**Bloomberg**
**Industry Group**

1801 S. Bell Street
Arlington, VA 22202

bloombergindustry.com

November 10, 2025

Judge Carl J. Nichols
U.S. District Court
333 Constitution Ave. NW
Washington, D.C.

Case: 1:25-mc-00163
Assigned To : Nichols, Carl J.
Assign. Date : 11/10/2025
Description: MISC.

Re: U.S. v Dunn 1:25-cr-00252

Greetings Judge Nichols,

My name is Keith L. Alexander and I am a writer with Bloomberg Law.

I am submitting an application for disclosure regarding the release of the full names of the jurors in the U.S. v. Dunn case, Docket No. 1:25-cr-00252.

I plan to use the names to contact the jurors to seek comment for a news article that I am writing.

Thank you, your honor, for your consideration.

With sincere appreciation,

Keith L. Alexander
Editor-At-Large
Bloomberg Law
kalexander@bloombergindustry.com
Cell – 703-201-1831 (always best way to reach me)
Office – 703-341-8820

**RECEIVED**

NOV 1 0 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Case: 1:25-mc-00163
Assigned To : Nichols, Carl J.
Assign. Date : 11/10/2025
Description: MISC.

**Keith L. Alexander**                    Bloomberg
Editor-At-Large                            Law

T 703-341-8820
E kalexander@bloombergindustry.com  TW keithlalexander

1801 S. Bell St., Arlington, VA 22202 USA          pro.bloomberglaw.com



**Bloomberg Industry Group**
| Tax | Law | Government

**RECEIVED**

**NOV 1 0 2025**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia