UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: U.S. v. DUNN 1:25-CR-252 | : <br> :    Case No. 1:25-mc-163 (CJN) <br> : <br> : <br> : <br> : <br> : |

## UNITED STATES'S RESPONSE TO THE COURT'S MINUTE ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response to the Court's November 13, 2025 Minute Order. On November 10, 2025, an Application was made to the Court to release certain juror information in the criminal case *United States v. Sean Charles Dunn*, Case No. 25-cr-252 (CJN) (D.D.C.). (ECF No. 1). On November 13, 2025, this Court ordered the parties in the criminal case to submit their position on the Application by November 18, 2025. (ECF No. 2). The United States has no objection to the Court disclosing the information requested in the Application.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:    */s/ John Parron*
Michael C. DiLorenzo (MD Bar # 931214 0189)
John Parron (PA Bar # 324503 / NY Bar # 5808522)
Assistant United States Attorneys
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
202-252-7650
202-252-6885
Michael.Dilorenzo@usdoj.gov
John.Parron@usdoj.gov