UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SEAN CHARLES DUNN,<br><br>*Defendant*. | Case No. 25-MC-163 (CJN) |

**SEAN DUNN'S RESPONSE TO THE COURT'S NOVEMBER 13, 2025 ORDER REGARDING BLOOMBERG LAW'S APPLICATION FOR THE NAMES OF THE DELIBERATING JURORS IN 25 CR 252 (CJN)**

Mr. Dunn, through his counsel, takes no position on Bloomberg Law's request for the disclosure of the names of the jurors in 25 Cr. 252 (CJN).

Respectfully submitted,

*/s/*
Sabrina P. Shroff (D.D.C. Bar No. NY0481)
80 Broad Street, 19th Floor
New York, NY 10004
Tel: (646) 763-1490
sabrinashroff@gmail.com

Julia Gatto (*Pro Hac Vice*)
STEPTOE LLP
1114 Avenue of the Americas
New York, New York 10036
Tel: (212) 506-3900
Fax: (212) 506-3950
jgatto@steptoe.com

Nicholas Silverman (D.D.C. Bar No. 1014377)
STEPTOE LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795

Tel: (202) 429-3000
Fax: (202) 429-3902
nsilverman@steptoe.com

*Counsel for Defendant*
*Sean Charles Dunn*

Dated: November 18, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Sean Dunn's Response to the Court's November 13, 2025 Order Regarding Bloomberg Law's Application for the Names of the Deliberating Jurors in 25 CR 252 (CJN)** was served via ECF, this 18th day of November 2025, upon all attorneys included on the ECF notice in case number 1:25-MC-163 (CJN).

/s/ Sabrina Shroff
**STEPTOE LLP**

*Counsel for Defendant Sean Charles Dunn*